811 A.2d 993

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Louis SAUNDERS, Respondent.**

Supreme Court of Pennsylvania.

Dec. 3, 2002.

Catherine Lynn Marshall, Arnold H. Gordon, Philadelphia; Heather D. Young, Ronald Eisenberg, Mellon, Webster & Mellon, Philadelphia, for Com. of PA, Petitioner.

Moira Dunworth, Philadelphia, for Louis Saunders, Respondent.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December 2002, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED. *See Commonwealth v. Eller*, 807 A.2d 838, 2002 WL 31118999 (Pa.2002).